**In re HEBB HENDRIX, INC., Debtor.**

**Bankruptcy No. 82–00416–BKC–TCB.**

United States Bankruptcy Court,
S.D. Florida.

July 21, 1983.

Angus Campbell, West Palm Beach, Fla.,
for debtor.

---

### ORDER OF DISMISSAL

THOMAS C. BRITTON, Bankruptcy
Judge.

In this chapter 11 case, a confirmation
hearing on the debtor's plan was held on
March 15. Ruling was reserved until April
19 to give debtor a further chance to come
up with the money required under its plan
to be deposited *before confirmation*. B.R.
11–38(a). (C.P. No. 55).

The debtor failed to comply and, instead,
moved on April 14 for an indefinite post-
ponement pending the harvest of a crop
expected on June 15 and worth $50,000.

Following a hearing on that motion, held
April 26, the deadline for the deposit was
extended to July 15. (C.P. No. 57).

The debtor has not complied and at a
hearing held on July 19 announced it was
still unable to come up with the pre-confir-
mation deposit.

Each of the foregoing Orders gave notice
that:

"This case has now been pending over a
year and confirmation will be denied and
this case will be dismissed if the debtor
does not meet this deadline."

Notice had been given before the confirma-
tion hearing that dismissal or conversion
would be considered if confirmation were
denied. I believe that at least one creditor
has requested dismissal during this case. If
not, I recede from an earlier contrary view
and join many of my colleagues in conclud-
ing that this court has inherent discretion
to dismiss a chapter 11 case under the cir-
cumstances here. *Coram Graphic Arts*
(Bkrtcy.E.D.N.Y.1981), 11 B.R. 641.

This debtor has had the benefit of the
automatic stay since March 8, 1982. It ei-
ther lacks the capability of carrying out its
plan or it is not acting in good faith. In
either event, confirmation must be and is
denied. B.R. 11–38(a); § 1129(a)(3) and
(11).

The case is dismissed under § 1112(b)(3)
and (5). Dismissal is with prejudice to the
filing of any other bankruptcy proceeding
by this debtor earlier than one year after
this order becomes final.